# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:** Lindsey Rae Benjamin　　　　　　　　BK NO. 24-01762 HWV
　　　　　Reginald Albert Benjamin
　　　　　　　　　　　Debtor(s)　　　　　　　Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　Kindly enter my appearance on behalf of CrossCountry Mortgage, LLC and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

/s/ *Brent J. Lemon*
PA Middle BK
25 Jul 2024, 13:59:39, EDT


　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322