United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-01762-HWV |
| Reginald Albert Benjamin | Chapter 13 |
| Lindsey Rae Benjamin | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Aug 29, 2024 | Form ID: ntcnfhrg | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Reginald Albert Benjamin, Lindsey Rae Benjamin, 903 Cedars Road, Lewisberry, PA 17339-9569 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 29 2024 19:12:59 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5631276 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 29 2024 19:02:27 | Affirm, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212-5862 |
| 5631277 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 29 2024 19:01:56 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5631278 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 29 2024 19:01:30 | Capital One Auto Finance, PO Box 201347, Arlington, TX 76006-1347 |
| 5632517 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 29 2024 19:01:33 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5644494 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 29 2024 19:02:03 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5631279 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2024 19:02:30 | Capital One Bank USA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5643425 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2024 19:02:02 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5631280 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 29 2024 18:53:00 | Comenity Bank / Ulta, Attn: Bankruptcy Department, PO Box 183003, Columbus, OH 43218-3003 |
| 5631281 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 29 2024 19:01:55 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5631282 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 29 2024 18:53:00 | CrossCountry Mortgage, PO Box 612488, Dallas, TX 75261-2488 |
| 5631283 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 29 2024 19:12:58 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 5631284 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 29 2024 18:53:00 | Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 5631285 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 29 2024 18:53:00 | Jefferson Capital Systems, 16 Mcleland Road, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 5647884 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 29 2024 18:53:00 | Jefferson Capital Systems LLC, PO Box 7999, St, |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Cloud, MN 56302-9617 |
| 5631286 | | Email/Text: bk@lendmarkfinancial.com | Aug 29 2024 18:52:00 | Lendmark Financial Services, 2118 Usher Street, Covington, GA 30014-2434 |
| 5644942 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 29 2024 19:12:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5631288 | | Email/Text: EBN@Mohela.com | Aug 29 2024 18:53:00 | MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5631291 | | Email/Text: cscommunications@mrvbanks.com | Aug 29 2024 18:53:00 | REVVI, PO Box 85800, Sioux Falls, SD 57118 |
| 5631287 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 29 2024 19:02:29 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5645708 | + | Email/PDF: cbp@omf.com | Aug 29 2024 19:12:43 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5631290 | | Email/PDF: cbp@omf.com | Aug 29 2024 19:02:22 | OneMain Financial Group, 601 NW 2nd Street, PO Box 3251, Evansville, IN 47731-3251 |
| 5632616 | + | Email/PDF: cbp@omf.com | Aug 29 2024 19:13:01 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 5631292 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 29 2024 19:01:53 | Synchrony Bank / PayPal Extras, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5631293 | + | Email/Text: synovusbankruptcy@synovus.com | Aug 29 2024 18:53:00 | Synovus Bank, 1111 Bay Avenue, Columbus, GA 31901-5218 |
| 5632695 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 29 2024 19:01:22 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 5631294 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 29 2024 19:01:22 | US Department of HUD, 451 7th Street SW, Washington, DC 20410-0001 |
| 5631295 | + | Email/PDF: cbp@omf.com | Aug 29 2024 19:01:32 | Webbank / OneMain, 215 South State Street, Suite 1000, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5632518 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5631289 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2024  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor CrossCountry Mortgage LLC blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Lindsey Rae Benjamin pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Reginald Albert Benjamin pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Reginald Albert Benjamin,
    **Debtor 1**

Lindsey Rae Benjamin,
    **Debtor 2**

Chapter 13

Case No. 1:24−bk−01762−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**October 2, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: October 9, 2024<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristinaEdris, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 29, 2024 |

ntcnfhrg (08/21)