# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Reginald Albert Benjamin,  
    **Debtor 1**

Lindsey Rae Benjamin,  
    **Debtor 2**

Chapter      13

Case No.      1:24–bk–01762–HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on October 22, 2024. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: December 11, 2024

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Reginald Albert Benjamin<br>**Debtor 1**<br>Lindsey Rae Benjamin<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:24-BK-01762-HWV<br><br>**Matter:** Order Confirming Amended Chapter 13 Plan |

**CERTIFICATE OF SERVICE**

I hereby certify that on Wednesday, December 11, 2024, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, M-Jur., RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

Label Matrix for local noticing
0314-1
Case 1:24-bk-01762-HWV
Middle District of Pennsylvania
Harrisburg
Tue Oct 22 13:26:00 EDT 2024

Capital One Auto Finance, a division of Capi
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

U.S. Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102-1104

Affirm
30 Isabella Street, Floor 4
Pittsburgh, PA 15212-5862

Capital One Auto Finance
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024-2302

Capital One Auto Finance
PO Box 201347
Arlington, TX 76006-1347

Capital One Auto Finance, a division of
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One Auto Finance, a division of Capi
P.O. Box 4360
Houston, TX 77210-4360

Capital One Bank USA
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Comenity Bank / Ulta
Attn: Bankruptcy Department
PO Box 183003
Columbus, OH 43218-3003

Credit One Bank
PO Box 98875
Las Vegas, NV 89193-8875

CrossCountry Mortgage
PO Box 612488
Dallas, TX 75261-2488

CrossCountry Mortgage, LLC
c/o Nationstar Mortgage LLC
Attn: Bankruptcy
Department P.O. Box 619096
Dallas, TX 75261-9096

First Premier Bank
3820 North Louise Avenue
Sioux Falls, SD 57107-0145

Fortiva
PO Box 105555
Atlanta, GA 30348-5555

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)LENDMARK FINANCIAL SERVICES
2118 USHER ST
COVINGTON GA 30014-2434

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

Merrick Bank
PO Box 9201
Old Bethpage, NY 11804-9001

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

OneMain Financial
PO Box 3251
Evansville, IN 47731-3251

OneMain Financial Group
601 NW 2nd Street
PO Box 3251
Evansville, IN 47731-3251

OneMain Financial Group, LLC
PO Box 981037
Boston, MA 02298-1037

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
MOMA Trust LLC
PO Box 788
Kirkland, WA 98083-0788

(p)MRV BANKS
871 STE GENEVIEVE DR
STE GENEVIEVE MO 63670-1406

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Synchrony Bank / PayPal Extras
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060

Synovus Bank
1111 Bay Avenue
Columbus, GA 31901-5218

(p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME
ATTN OFFICE OF REGIONAL COUNSEL
801 MARKET STREET 12TH FLOOR
PHILADELPHIA PA 19107-3126
*ELECTRONIC*

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104
*ELECTRONIC*

Webbank / OneMain
215 South State Street, Suite 1000
215 South State Street, Suite 1000
Salt Lake City, UT 84111-2336
*DUPLICATE*

(p)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625
*ELECTRONIC*

Lindsey Rae Benjamin
903 Cedars Road
Lewisberry, PA 17339-9570

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011-4706
*ELECTRONIC*

Reginald Albert Benjamin
903 Cedars Road
Lewisberry, PA 17339-9570

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems
16 Mcleland Road
PO Box 7999
Saint Cloud, MN 56302-9617

(d)Jefferson Capital Systems LLC
PO Box 7999
St, Cloud, MN 56302-9617

Lendmark Financial Services
2118 Usher Street
Covington, GA 30014-2434

MOHELA
633 Spirit Drive
Chesterfield, MO 63005

(d)MOHELA
633 Spirit Drive
Chesterfield, MO 63005-1243

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

REVVI
PO Box 85800
Sioux Falls, SD 57118

U.S. Department of Housing and Urban Develop
801 Market Street
Philadelphia, PA 19107

(d)US Department of HUD
451 7th Street SW
Washington, DC 20410

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CrossCountry Mortgage, LLC        End of Label Matrix
                                     Mailable recipients    39
                                     Bypassed recipients     1
                                     Total                  40