## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
## HARRISBURG DIVISION

IN RE:                                                    Case No. 1:24-bk-01762-HWV
                                                                Chapter 13

Reginald Albert Benjamin
Lindsey Rae Benjamin

Debtor(s).

## NOTICE OF APPEARANCE

**CrossCountry Mortgage, LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

                                                By:    /s/ Steven K. Eisenberg
                                                            Steven K. Eisenberg, Esquire
                                                            Bar No: 75736
                                                            Stern & Eisenberg, PC
                                                            1581 Main Street, Ste. 200
                                                            The Shops at Valley Square
                                                            Warrington, PA 18976
                                                            Phone: 215-572-8111
                                                            Fax: 215-572-5025
                                                            seisenberg@sterneisenberg.com
                                                            Attorney for Creditor

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 10th day of October, 2025, to the following:

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011
pmurphy@dplglaw.com
***Attorney for Debtor(s)***


Jack N Zaharopoulos
Standing Chapter 13
8125 Adams Drive
Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
***Chapter 13 Trustee***


Asst. U.S. Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
123@gmail.com
***U.S. Trustee***


and by standard first class mail postage prepaid to:

Reginald Albert Benjamin
903 Cedars Road
Lewisberry, PA 17339

Lindsey Rae Benjamin
903 Cedars Road
Lewisberry, PA 17339
***Debtor(s)***


By:     /s/ Steven K. Eisenberg
        Steven K. Eisenberg, Esquire