UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Reginald Albert Benjamin
**Debtor 1**
Lindsey Rae Benjamin
**Debtor 2**

Reginald Albert Benjamin
Lindsey Rae Benjamin
**Movant(s)**
v.
CrossCountry Mortgage, LLC
**Respondent(s)**
Jack N. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
**Additional Respondent**

**Chapter** 13

**Case No.** 1:24-BK-01762-HWV

**Matter:** Motion to Reinstate Automatic Stay

## DEBTOR(S)' MOTION TO REINSTATE AUTOMATIC STAY

AND NOW, come the Debtor(s), Reginald Albert Benjamin and Lindsey Rae Benjamin, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Motion to Reinstate Automatic Stay and aver as follows:

1. Debtor(s) filed a voluntary Chapter 13 Petition and Plan on or about July 19, 2024. Debtor(s)' First Amended Plan was confirmed by Order of Court dated December 11, 2024.

2. At the time of filing, Debtor(s) were indebted to CrossCountry Mortgage, LLC ("Respondent(s)") for Debtor(s)' personal residence located at 903 Cedars Road, Lewisberry, York County, Pennsylvania.

3. On or about October 2, 2024, Respondent(s) filed a Motion for Relief from the Automatic Stay (the "Motion"), alleging that Debtor(s) had not made post-petition payments and a hearing was subsequently scheduled for October 18, 2022.

4. On or about October 8, 2025, Debtor(s) filed an answer to the Motion alleging that Debtor(s) stood ready to bring their account current with Respondent(s) under terms agreeable to the parties.

5. On or about January 16, 2025, Debtor(s) and Respondent(s) entered into a Stipulation whereby Debtor(s) were to cure the arrears by amending the First Amended Plan to include the post-petition arrears and Debtor(s) were to remain current on their monthly payments moving forward.

6. On or about March 21, 2025, Debtor(s) filed a Motion to Modify Confirmed Plan to cure the post-petition arrears which was granted by Order of Court dated April 15, 2025.

7. On or about December 2, 2025, Respondent(s) filed a Certificate of Default for Debtor(s)' failure to adhere to the stipulation terms, and an Order granting the Motion was entered on December 5, 2025 lifting the automatic stay with regard to Debtor(s)' personal residence.

8. To date, Debtor(s) have submitted all funds to the Respondent(s) to keep their account current and in good standing.

WHEREFORE, Debtor(s) respectfully requests that the Court enter an Order in the form of the attached proposed Order, reinstating the automatic stay with respect to Debtor(s)' personal residence.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: December 17, 2025  /s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Reginald Albert Benjamin
 **Debtor 1**
Lindsey Rae Benjamin
 **Debtor 2**

Reginald Albert Benjamin
Lindsey Rae Benjamin
 **Movant(s)**
  v.
CrossCountry Mortgage, LLC
 **Respondent(s)**
Jack N. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
 **Additional Respondent**

**Chapter** 13

**Case No.** 1:24-BK-01762-HWV

**Matter:** Motion to Reinstate Automatic Stay

## ORDER OF COURT

UPON CONSIDERATION of the Debtor(s)' Motion to Reinstate Automatic Stay, and good cause having been shown, IT IS ORDERED that the automatic stay with respect to Debtor(s)' personal residence located at 903 Cedars Road, Lewisberry, York County, Pennsylvania is HEREBY REIMPOSED.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Reginald Albert Benjamin
**Debtor 1**
Lindsey Rae Benjamin
**Debtor 2**

Reginald Albert Benjamin
Lindsey Rae Benjamin
**Movant(s)**
v.
CrossCountry Mortgage, LLC
**Respondent(s)**
Jack N. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
**Additional Respondent**

**Chapter** 13

**Case No.** 1:24-BK-01762-HWV

**Matter:** Motion to Reinstate Automatic Stay

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, December 17, 2025, I served a true and correct copy of the **Debtor(s)' Motion to Reinstate Automatic Stay and proposed Order** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, M-Jur., RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire