# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Reginald Albert Benjamin<br>**Debtor 1**<br>Lindsey Rae Benjamin<br>**Debtor 2**<br><br>Reginald Albert Benjamin<br>Lindsey Rae Benjamin<br>**Movant(s)**<br>v.<br>CrossCountry Mortgage, LLC<br>**Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:24-BK-01762-HWV<br><br>**Matter:** Motion to Reinstate Automatic Stay |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on Thursday, December 18, 2025, I served a true and correct copy of the **Debtor(s)' Motion to Reinstate Automatic Stay and proposed Order** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, M-Jur., RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

Label Matrix for local noticing
0314-1
Case 1:24-bk-01762-HWV
Middle District of Pennsylvania
Harrisburg
Tue Oct 22 13:26:00 EDT 2024

Capital One Auto Finance, a division of Capi
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

U.S. Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102-1104

Affirm
30 Isabella Street, Floor 4
Pittsburgh, PA 15212-5862

Capital One Auto Finance
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024-2302

Capital One Auto Finance
PO Box 2014
Arlington, TX 76006-1347

Capital One Auto Finance, a division of
AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One Auto Finance, a division of Capi
P.O. Box 4360
Houston, TX 77210-4360

Capital One Bank USA
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Comenity Bank / Ulta
Attn: Bankruptcy Department
PO Box 183003
Columbus, OH 43218-3003

Credit One Bank
PO Box 98875
Las Vegas, NV 89193-8875

CrossCountry Mortgage
PO Box 612488
Dallas, TX 75261-2488

CrossCountry Mortgage, LLC
c/o Nationstar Mortgage LLC
Attn: Bankruptcy
Department P.O. Box 619096
Dallas, TX 75261-9096

First Premier Bank
3820 North Louise Avenue
Sioux Falls, SD 57107-0145

Fortiva
PO Box 105555
Atlanta, GA 30348-5555

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)LENDMARK FINANCIAL SERVICES
2118 USHER ST
COVINGTON GA 30014-2434

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

Merrick Bank
PO Box 9201
Old Bethpage, NY 11804-9001

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

OneMain Financial
PO Box 3251
Evansville, IN 47731-3251

OneMain Financial Group
601 NW 2nd Street
PO Box 3251
Evansville, IN 47731-3251

OneMain Financial Group, LLC
PO Box 981037
Boston, MA 02298-1037

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
MOMA Trust LLC
PO Box 788
Kirkland, WA 98083-0788

(p)MRV BANKS
871 STE GENEVIEVE DR
STE GENEVIEVE MO 63670-1406

| | | |
|---|---|---|
| Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Synchrony Bank / PayPal Extras<br>Attn: Bankruptcy Department<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synovus Bank<br>1111 Bay Avenue<br>Columbus, GA 31901-5218 |
| (p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME<br>ATTN OFFICE OF REGIONAL COUNSEL<br>801 MARKET STREET 12TH FLOOR<br>PHILADELPHIA PA 19107-3126<br>**ELECTRONIC** | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104<br>**ELECTRONIC** | Webbank / OneMain<br>215 South State Street Suite 1000<br>215 South State Street, Suite 1000<br>Salt Lake City, UT 84111-2336<br>**DUPLICATE** |
| (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625<br>**ELECTRONIC** | Lindsey Rae Benjamin<br>903 Cedars Road<br>Lewisberry, PA 17339-9570 | Paul Donald Murphy-Ahles<br>Dethlefs Pykosh & Murphy<br>2132 Market Street<br>Camp Hill, PA 17011-4706<br>**ELECTRONIC** |
| Reginald Albert Benjamin<br>903 Cedars Road<br>Lewisberry, PA 17339-9570 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems<br>16 Mcleland Road<br>PO Box 7999<br>Saint Cloud, MN 56302-9617 | (d)Jefferson Capital Systems LLC<br>PO Box 7999<br>St, Cloud, MN 56302-9617 | Lendmark Financial Services<br>2118 Usher Street<br>Covington, GA 30014-2434 |
| MOHELA<br>633 Spirit Drive<br>Chesterfield, MO 63005 | (d)MOHELA<br>633 Spirit Drive<br>Chesterfield, MO 63005-1243 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |
| REVVI<br>PO Box 85800<br>Sioux Falls, SD 57118 | U.S. Department of Housing and Urban Develop<br>801 Market Street<br>Philadelphia, PA 19107 | (d)US Department of HUD<br>451 7th Street SW<br>Washington, DC 20410 |
| Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CrossCountry Mortgage, LLC            End of Label Matrix
                                          Mailable recipients    39
                                          Bypassed recipients     1
                                          Total                  40