United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                          Case No. 24-01762-HWV
Reginald Albert Benjamin                                        Chapter 13
Lindsey Rae Benjamin
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                    User: AutoDocke                          Page 1 of 2
Date Rcvd: Jan 07, 2026                 Form ID: pdf010                          Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

**Recip ID**       **Recipient Name and Address**
                   Ideal HomeHealth Agency, Attn: Payroll Department, 9205 Presidents Drive, Suite 1B, Hummelstown, PA 17036

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2026                      Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2026 at the address(es) listed below:**

**Name**                    **Email Address**

Daniel Philip Jones
                            on behalf of Creditor CrossCountry Mortgage  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Denise E. Carlon
                            on behalf of Creditor CrossCountry Mortgage  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Eliza Garifullina
                            on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. ANHSOrlans@InfoEx.com

Elizabeth Trachtman
                            on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. ANHSOrlans@InfoEx.com

Jack N Zaharopoulos
                            ecf_pahu_alt@trustee13.com

Paul Donald Murphy-Ahles
                            on behalf of Debtor 1 Reginald Albert Benjamin pmurphy@dplglaw.com  kgreene@dplglaw.com,rreynolds@dplglaw.com

Paul Donald Murphy-Ahles
                            on behalf of Debtor 2 Lindsey Rae Benjamin pmurphy@dplglaw.com  kgreene@dplglaw.com,rreynolds@dplglaw.com

District/off: 0314-1

Date Rcvd: Jan 07, 2026

User: AutoDocke

Form ID: pdf010

Page 2 of 2

Total Noticed: 1

Steven K Eisenberg

on behalf of Creditor CrossCountry Mortgage  LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Reginald Albert Benjamin
    **Debtor 1**
Lindsey Rae Benjamin
    **Debtor 2**

**Chapter** 13

**Case No.** 1:24-BK-01762-HWV

**Matter:** Motion for Wage Attachment Order

**ORDER OF COURT**

UPON CONSIDERATION of the above-referenced Debtor(s) having filed a Plan under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute, IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor 2, Lindsey Rae Benjamin, receives income from:

Ideal HomeHealth Agency
Attn: Payroll Department
9205 Presidents Drive, Suite 1B
Hummelstown, PA 17036

Should deduct from said Debtor 2's income the sum of **$269.77** from each **bi-weekly** paycheck, or such other sums as Debtor 2 may from time to time direct, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which Debtor 2 receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to Debtor 2, and to remit the deductible sums to:

Jack N. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
PO Box 6008
Memphis, TN 38101-6008

IT IS FURTHER ORDERED that the entity from whom Debtor 2 receives income shall notify the Standing Chapter 13 Trustee if Debtor 2's income is terminated and the reason, therefore. IT IS FURTHER ORDERED that all remaining income of Debtor 2 except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to said Debtor 2 in accordance with usual payment procedure. IT IS FURTHER ORDERED that the employer will place the Bankruptcy Case Number and the name of the Debtor(s) on all checks being forwarded to the Standing Chapter 13 Trustee to ensure proper accounting of the funds.

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 6, 2026